People v Gonzalez (2022 NY Slip Op 50880(U))

[*1]

People v Gonzalez (Alejandro)

2022 NY Slip Op 50880(U) [76 Misc 3d 130(A)]

Decided on September 19, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 19, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

571191/18

The People of the State of New York,
Respondent,
against
Alejandro Gonzalez,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Judy H. Kim, J.), rendered October 26, 2018, convicting him, upon a plea of
guilty, of forcible touching, and imposing sentence.

Per Curiam.
Judgment of conviction (Judy H. Kim, J.), rendered October 26, 2018, affirmed.
Since defendant waived his right to prosecution by information, the facial sufficiency of the
accusatory instrument must be assessed under the standard required of a misdemeanor complaint
(see People v Dumay, 23 NY3d
518, 522 [2014]). So viewed, the accusatory instrument was jurisdictionally valid because it
described facts of an evidentiary nature establishing reasonable cause to believe that defendant
was guilty of forcible touching (see Penal Law § 130.52), the offense to which
defendant ultimately pleaded guilty. The instrument recited, inter alia, that at a specified subway
station, complainant "observed the defendant place his hand on" and "grab" her breast and that he
"continue[d] to touch her" even after she told defendant to "stop touching her."
Contrary to defendant's contention, complainant's identification of defendant as the
perpetrator was based upon her personal observation of defendant and was nonconclusory. Any
further challenge to the identification of defendant was a matter to be raised at trial, not by
insistence that the instrument was jurisdictionally defective (see People v Konieczny, 2 NY3d 569, 577 [2004]; People v Roldan, 71 Misc 3d
135[A], 2021 NY Slip Op 50426[U][App Term, 1st Dept 2021], lv denied 37 NY3d
995 [2021]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 19, 2022